1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702)870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*MOTORCAR CLASSICS, LLC*

**UNITIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLISA ROOT, <br><br>                 Plaintiff, <br><br> vs. <br><br> RUBBER DUCK, LLC, a foreign limited liability company, MOHAMED SAMADOV, MARKUS ROSGEN, MOTORCAR CLASSICS, LLC and DOES 1-V. <br><br>                 Defendants. | Case No: 20 TRT 00027 1B <br><br> **PETITION FOR REMOVAL** |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, MOTORCAR CLASSICS. LLC respectfully shows this Court:

      1.      Petitioner, Motorcar Classics, LLC, is a Defendant in the above-entitled action pursuant to an Amended Complaint filed in the 1st Judicial District Court of the State of Nevada in and for Carson City ("State Court") on October 22, 2020, entitled *ALLISA ROOT v. RUBBER DUCK, LLC, et al* (Case No. 20 TRT 00027 1B). Copies of Plaintiff Allis Root's Summons, Complaint and Amended Complaint are attached as **EXHBIIT A**.

      2.      Plaintiff's Summons and Amended Complaint in the State Court action were served on Petitioner Motorcar Classics, LLC on November 20, 2020.

      3.      The above-entitled matter is a "civil action" that might have been brought originally in federal court, and is removable under 28 U.S.C. §1441(a) from State Court to this United States District Court based upon diversity of citizenship of the parties; upon information and belief, Plaintiff's claims exceed this Court's jurisdictional minimum of $75,000. *See* 28 U.S.C. §1332(a)(1).

*BARRON & PRUITT, LLP*
*ATTORNEYS AT LAW*
*3890 WEST ANN ROAD*
*NORTH LAS VEGAS, NEVADA 89031*
*TELEPHONE (702) 870-3940*
*FACSIMILE (702) 870-3950*

4.      According to Plaintiff's Amended Complaint, Plaintiff alleges that she has incurred medical expenses of approximately $109,000 and economic loss in excess of $10,000. See **EXHBIIT B**.

5.      Petitioner Motorcar Classics, LLC is a business organized under the law of the State of New York and has a primary place of business located in the State of New York, making it a citizen of New York. Upon information and belief, William Branston is the sole owner/member of Petitioner Motorcar Classics LLC, and he is a citizen of the State of New York.

6.      Plaintiff Allisa Root is a citizen of the State of Nevada.

7.      Defendant Rubber Duck, LLC is a business organized under the law of the State of Pennsylvania and has a place of business located in the State of California, making it a citizen of Pennsylvania and California. Upon information and belief, none of the members of Defendant Rubber Duck LLC, were Nevada citizens at the time that the Plaintiff filed her amended complaint.

8.      Defendant Mohamed Samadov is a citizen of the State of Pennsylvania.

9.      Defendant Markus Rosgen is a citizen of the State of California.

10.      This Petition for Removal is filed within thirty days of the action being removable. *See* 28 U.S.C. §1446(b)(1).

WHEREFORE, MOTORCAR CLASSICS. LLC prays that the above-entitled action be removed from the First Judicial District Court of the State of Nevada in and for Carson City, to the United States District Court for the District of Nevada.

BARRON & PRUITT, LLP

DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant*
*MOTORCAR CLASSICS, LLC*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 876-3940
FACSIMILE (702) 876-3950

2

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

Case No.  20 TRT 00027 1B

Dept. No.  II

# In The First Judicial District Court of the State of Nevada

# In and for Carson City

ALLISA ROOT,

                Plaintiff(s),

      vs.

RUBBER DUCK, LLC, a foreign limited
liability company, MOHAMED SAMADOV,
MARKUS ROSGEN, MOTORCAR
CLASSICS, LLC and DOES I-V,

                Defendant(s).

<u>SUMMONS</u>
*On 1ˢᵗ Amended Complaint*

**THE STATE OF NEVADA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT:**

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR
BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.**

TO THE DEFENDANT:  A civil Complaint has been filed by the plaintiff against you.

1.  If you wish to defend this lawsuit, you must, within 20 days after this Summons is served on you, exclusive of the day of service, file
   with this Court a written pleading* in response to this Complaint.
2.  Unless you respond, your default will be entered upon application of the plaintiff, and this Court may enter a judgment against you for
   the relief demanded in the Complaint**, which could result in the taking of money or property or the relief requested in the Complaint.
3.  If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
4.  You are required to serve your response upon plaintiff's attorney, whose address is

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
KILPATRICK, ADLER & BULLENTINI
412 No. Division Street
Carson City, NV  89703
(775)882-6112

                                 AUBREY ROWLATT, Clerk of the Court

                                 **S. BARAJAS**

                                 By: _____ , Deputy Clerk

Date: *October 22* , 20 *20*.

*There is a fee associated with filing a responsive pleading. Please refer to fee schedule.
**Note – When service by publication, insert a brief statement of the object of the action.  See Rule 4.

**RETURN OF SERVICE ON REVERSE SIDE**

1  CHARLES M. KILPATRICK, ESQ.
2  Nevada State Bar No. 00275
   ANGELA D. BULLENTINI, ESQ.
3  Nevada State Bar No. 10524
   ADAM L. WOODRUM, ESQ.
4  Nevada State Bar No. 10284
   Kilpatrick Bullentini
5  412 North Division Street
6  Carson City, Nevada  89703
   Tel:  (775) 882-6112
7  Fax: (775) 882-6114
8  *Attorneys for Plaintiff*

REC'D & FILED

OCT 2 2 2020
                              Date
AUBREY ROWLATT
    CLERK

By  S. BARAJAS          Deputy

9          IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

10                          IN AND FOR CARSON CITY

11  ALLISA ROOT,                          Case No.

12              Plaintiff,                Dept. No.

13       vs.

14  RUBBER DUCK, LLC, a foreign limited
15  liability company, MOHAMED SAMADOV,
    MARKUS ROSGEN, MOTORCAR
16  CLASSICS, LLC and DOES I-V.

17              Defendants.
    _____/
18

19                          **1st AMENDED COMPLAINT**

20       COMES NOW Plaintiff, ALLISA ROOT, by and through counsel, the law firm of

21  KILPATRICK BULLENTINI, and for cause of action against Defendants above named, hereby

22  alleges and states as follows:

                                    I

23       That the true names or capacities, whether individual, corporate, or associates, agents or

24  employees of the Defendants, and all of them named herein as DOES I-V, are unknown to the

25  Plaintiff who therefore sues said Defendants by such fictitious names. The Plaintiff prays leave to

26  ///

27  ///

28  ///

1

amend this Complaint to show the true names and capacities when the same have been fully determined.

II

That at all times relevant to these proceedings, the Plaintiff was and remains a resident of Carson City, State of Nevada.

III

That at all time relevant to these proceedings, upon information and belief, Defendant RUBBER DUCK, LLC is a foreign business entity doing business in the state of Nevada.

IV

That at all time relevant to these proceedings, upon information and belief, Defendant MOHAMED SAMADOV may be a resident of the state of Pennsylvania.

V

That at all times relevant to these proceedings, upon information and belief, Defendant ROSGEN was a resident of the state of California.

VI

That at all times relevant to these proceedings, upon information and belief, Defendant MOTORCAR CLASSICS, LLC was a corporation or other business entity doing business throughout the United States but organized under the laws of the state of New York.

**FIRST CAUSE OF ACTION:  NEGLIGENCE CAUSING PERSONAL INJURY**

VII

That on or about June 28, 2019, Defendant MOHAMED SAMADOV was operating a tractor trailer rig owned by Defendant RUBBER DUCK, LLC, negligently allowed debris to enter into the road way from said tractor trailer rig in violation of Nevada law.  The unsecured debris blocked the roadway, causing a roll-over accident involving Plaintiff's car.  Said accident took place on IR 80 East at mile marker 108, Elko County, Nevada.

VIII

That on about June 28, 2019 Defendants ROSGEN and MOTORCAR CLASSICS, LLC negligently failed to secure the hard top convertible of a certain 1988 Mercedes-Benz during shipment from California to New York City, resulting in the hard top entering into the traffic lane

///

KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168

on IR 80 East at Mile Marker 108, Elko County, Nevada, causing a roll over accident involving Plaintiff's car.

IX

That as a direct and proximate result of the negligent conduct of the Defendants and each of them, Plaintiff has sustained certain personal injuries, including but not limited to, a broken back and other injuries the exact nature and extent of which are unknown at this time. The Plaintiff has incurred medical expenses of approximately $108,000, economic loss in excess of $10,000 and she is entitled to an award of damages to reasonably compensate her for those medical expenses, out of pocket expenses, other economic loss subject to proof, general damages, and appropriate damages for any residual impairment and future medical expense as recoverable consistent with Nevada law.

## SECOND CAUSE OF ACTION: RESPONDEAT SUPERIOR LIABILITY

X

Plaintiff incorporates the allegations set forth in Paragraphs I through VI as if fully set forth here.

XI

That at the time of the aforesaid automobile accident, Defendant MOHAMED SAMADOV was on the job and upon information and belief, operating a commercial motor vehicle owned by his employer, Defendant RUBBER DUCK, LLC. As such, Defendant MOHAMED SAMADOV was furthering the business interests of Defendant RUBBER DUCK, LLC at the time of said auto accident.

XII

That at the time of said automobile accident, Defendant MOHAMED SAMADOV was acting within the course and scope of his employment with Defendant RUBBER DUCK, LLC, and further, that Defendant RUBBER DUCK, LLC had control over Defendant MOHAMED SAMADOV.

XIII

That given the foregoing, Defendant RUBBER DUCK, LLC is vicariously liable for the negligence of its employee, Defendant MOHAMED SAMADOV.

XIV

That Defendant RUBBER DUCK, LLC was negligent in its failure to adequately train and supervise its employee, Defendant MOHAMED SAMADOV.

3

XV

That Plaintiff has been required to retain the services of counsel and has incurred costs of suit herein.

XVI

That Plaintiff is not a debtor in bankruptcy.

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

1. For money damages in excess of $120,000 in an amount to be determined at the time of trial or hearing.

2. For a reasonable attorney's fee together with costs of suit and interest as provided by statute.

3. For such other and further relief as may be deemed proper by this court.

DATED this 22nd day of October, 2020.

KILPATRICK BULLENTINI

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
*Attorneys for Plaintiff*

KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168

4

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

# Schedule of Special Damages
## for
## **Allisa Root**

Date of Loss:   06/28/19

| # | Medical Provider | Date(s) | Amount |
|---|---|---|---|
| 1 | MED-X Air One | 06/28/19 | 64,081.00 |
| 2 | University of Utah Medical Center | 06/28/19 | 38,245.79 |
| 3 | Spine Nevada | 07/12/19 | 5,900.00 |
| 4 | Carson Tahoe Health -- MRI | 04/05/19 | 890.00 |
| 5 | Tahoe Carson Radiology | 04/05/19 | 176.00 |
| 6 | Carson Tahoe Health -- X-rays | 11/15/19 | 295.00 |
| 7 | Tahoe Carson Radiology | 11/15/19 | 30.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Medical Provider Total:** | **$109,617.79** |

| # | Loss / Expense | Amount |
|---|---|---|
| 4 | Wage Loss 353 hours @ 30.53/hour | $10,777.09 |
| | | |
| | | |
| | | |
| | **Loss/Expense Total:** | **$10,777.09** |

## **SCHEDULE TOTAL:   $120,394.88**