**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: jmeservy@lvnvlaw.com
*Attorneys for Defendant*
*MOTORCAR CLASSICS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLISA ROOT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RUBBER DUCK, LLC, a foreign limited liability company, MOHAMED SAMADOV, MARKUS ROSGEN, MOTORCAR CLASSICS, LLC and DOES 1-V.<br><br>　　　　　　Defendants. | Case No: 3:20-cv-00701-MMD-WGC<br><br>**DEFENDANT MOTORCAR CLASSICS, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

　　　　Defendant MOTORCAR CLASSICS, LLC, through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1 and LR 7.1-1, hereby certifies the following listed party has a direct, pecuniary interest in the outcome of this case.

　　　　1.　　MOTORCAR CLASSIC, LLC (Defendant) is a limited liability company wholly owned by William Branston, a citizen of the State of New York.  MOTORCAR CLASSICS, LLC is also organized under the laws of the State of New York and has its primary place of business located in the State of New York;

　　　　2.　　Upon information and belief, MOHAMED SAMADOV (Defendant) is a citizen of the State of Pennsylvania;

　　　　3.　　Upon information and belief, MARKUS ROSGEN (Defendant) is a citizen of the State of California;

1

4. Upon information and belief, RUBBER DUCK, LLC (Defendant) is a limited liability company and none of its owners are citizens of the State of Nevada. RUBBER DUCK, LLC is also organized under the laws of the State of Pennsylvania and has its primary place of business located in the State of Pennsylvania;

5. Upon information and belief, ALLISA ROOT (Plaintiff) is a citizen of the State of Nevada;

6. Upon information and belief, KILPATRICK BULLENTINI (Plaintiff's Attorneys of Record), a Nevada law firm, is a partnership whose partners are citizens of the State of Nevada. Upon belief only, this firm may have a direct, pecuniary interest in this litigation based upon a contingency agreement.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

BARRON & PRUITT, LLP

/s/ Joseph R. Meservy

DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant*
*MOTORCAR CLASSICS, LLC*

2