PAUL F. EISINGER, ESQ.
Nevada Bar No. 1617
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel: (702) 366-0622
Fax: (702) 366-0327
E-Mail: peisinger@thorndal.com
Attorneys for Defendant,
MARKUS ROSGEN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLISA ROOT,<br><br>    Plaintiff,<br><br>vs.<br><br>RUBBER DUCK, LLC, a foreign limited liability company, MOHAMED SAMADOV, MARKUS ROSGEN, MOTORCAR CLASSICS, LLC and DOES I-V,<br><br>    Defendants. | CASE NO.: 3:20-cv-00701-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties herein that the above lawsuit by Plaintiff, ALLISA ROOT in its entirety including all claims against Defendants, RUBBER DUCK, LLC, MOHAMED SAMADOV, MARKUS ROSGEN and MOTORCAR CLASSICS, LLC, shall be dismissed, with prejudice with each of the parties to bear their own attorney's fees and costs; and

    IT IS FURTHER STIPULATED AND AGREED that any and all Crossclaims by Defendants for contribution and/or indemnity shall be dismissed with prejudice, and any current or future claims (rights) for contribution and/or indemnity shall be extinguished.

. . .

. . .

*Allisa Root vs. Rubber Duck, LLC; Mohamed Samadov, Markus Rosgen, and Motorcar Classics, LLC*
Case No.: 3:20-cv-00701-MMD-WGC
Stipulation and Order for Dismissal with Prejudice

Dated this **17** day of **February**, 2021.      Dated this **29th** day of **January**, 2021.

KILPATRICK BULLENTINI                           THORNDAL ARMSTRONG DELK
                                                BALKENBUSH & EISINGER

_____                  _____
Charles M. Kilpatrick, Esq.                     Paul F. Eisinger, Esq.
Nevada Bar No. 275                              Nevada Bar No. 1617
412 North Division Street                       1100 East Bridger Avenue
Carson City, Nevada 89703                       Las Vegas, Nevada 89101
Attorneys for Plaintiff,                        Attorneys for Defendant,
ALLISA ROOT                                     MARKUS ROSGEN


Dated this ____ day of _____, 2021.        Dated this ____ day of _____, 2021.

BARRON & PRUITT, LLP                            KEATING LAW GROUP


_____                  _____
Joseph R. Meservy, Esq.                         Jill P. Northway, Esq.
Nevada Bar No. 14088                            Nevada Bar No. 9470
3890 West Ann Road                              9130 W. Russell Road, #200
North Las Vegas, Nevada 89031                   Las Vegas, Nevada 89148
Attorney for Defendant,                         Attorney for Defendants,
MOTORCAR CLASSICS, LLC                          RUBBER DUCK, LLC and MOHAMED
                                                SAMADOV

. . .

. . .

. . .

*Allisa Root vs. Rubber Duck, LLC; Mohamed Samadov, Markus Rosgen, and Motorcar Classics, LLC*
Case No.: 3:20-cv-00701-MMD-WGC
Stipulation and Order for Dismissal with Prejudice

Dated this ____ day of _____, 2021.  Dated this 29th day of January, 2021.

KILPATRICK BULLENTINI                    THORNDAL ARMSTRONG DELK
                                         BALKENBUSH & EISINGER

                                         /s/ *illegible* for

_____           _____
Charles M. Kilpatrick, Esq.              Paul F. Eisinger, Esq.
Nevada Bar No. 275                       Nevada Bar No. 1617
412 North Division Street                1100 East Bridger Avenue
Carson City, Nevada 89703                Las Vegas, Nevada 89101
Attorneys for Plaintiff,                 Attorneys for Defendant,
ALLISA ROOT                              MARKUS ROSGEN


Dated this ____ day of _____, 2021.  Dated this ____ day of _____, 2021.

BARRON & PRUITT, LLP                     KEATING LAW GROUP


_____           _____
Joseph R. Meservy, Esq.                  Jill P. Northway, Esq.
Nevada Bar No. 14088                     Nevada Bar No. 9470
3890 West Ann Road                       9130 W. Russell Road, #200
North Las Vegas, Nevada 89031            Las Vegas, Nevada 89148
Attorney for Defendant,                  Attorney for Defendants,
MOTORCAR CLASSICS, LLC                   RUBBER DUCK, LLC and MOHAMED
                                         SAMADOV

. . .

. . .

. . .

Page 2 of 3

*Allisa Root vs. Rubber Duck, LLC; Mohamed Samadov, Markus Rosgen, and Motorcar Classics, LLC*
Case No.: 3:20-cv-00701-MMD-WGC
Stipulation and Order for Dismissal with Prejudice

Dated this ____ day of _____, 2021.   Dated this 29th day of January, 2021.

KILPATRICK BULLENTINI

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

_____
Charles M. Kilpatrick, Esq.
Nevada Bar No. 275
412 North Division Street
Carson City, Nevada 89703
Attorneys for Plaintiff,
ALLISA ROOT

_____
Paul F. Eisinger, Esq.
Nevada Bar No. 1617
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendant,
MARKUS ROSGEN

Dated this 9th day of February, 2021.   Dated this 29th day of January, 2021.

BARRON & PRUITT, LLP

KEATING LAW GROUP

_____
Joseph R. Meservy, Esq.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
Attorney for Defendant,
MOTORCAR CLASSICS, LLC

_____
Jill P. Northway, Esq.
Nevada Bar No. 9470
9130 W. Russell Road, #200
Las Vegas, Nevada 89148
Attorney for Defendants,
RUBBER DUCK, LLC and MOHAMED SAMADOV

. . .
. . .
. . .

*Allisa Root vs. Rubber Duck, LLC; Mohamed Samadov, Markus Rosgen, and Motorcar Classics, LLC*
Case No.: 3:20-cv-00701-MMD-WGC
Stipulation and Order for Dismissal with Prejudice

Dated this ____ day of _____, 2021.   Dated this 29th day of January, 2021.

KILPATRICK BULLENTINI   THORNDAL ARMSTRONG DELK
                         BALKENBUSH & EISINGER

_____   _____
Charles M. Kilpatrick, Esq.   Paul F. Eisinger, Esq.
Nevada Bar No. 275   Nevada Bar No. 1617
412 North Division Street   1100 East Bridger Avenue
Carson City, Nevada 89703   Las Vegas, Nevada 89101
Attorneys for Plaintiff,   Attorneys for Defendant,
ALLISA ROOT   MARKUS ROSGEN


Dated this ____ day of _____, 2021.   Dated this 29th day of January, 2021.

BARRON & PRUITT, LLP   KEATING LAW GROUP

_____   _____
Joseph R. Meservy, Esq.   Jill P. Northway, Esq.
Nevada Bar No. 14088   Nevada Bar No. 9470
3890 West Ann Road   9130 W. Russell Road, #200
North Las Vegas, Nevada 89031   Las Vegas, Nevada 89148
Attorney for Defendant,   Attorney for Defendants,
MOTORCAR CLASSICS, LLC   RUBBER DUCK, LLC and MOHAMED
                         SAMADOV

. . .
. . .
. . .

Page 2 of 3

*Allisa Root vs. Rubber Duck, LLC; Mohamed Samadov,
Markus Rosgen, and Motorcar Classics, LLC*
Case No.: 3:20-cv-00701-MMD-WGC
Stipulation and Order for Dismissal with Prejudice

## ORDER

Based upon the stipulation of counsel and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above lawsuit by Plaintiff, ALLISA ROOT in its entirety including all claims against Defendants, RUBBER DUCK, LLC, MOHAMED SAMADOV, MARKUS ROSGEN and MOTORCAR CLASSICS, LLC, is hereby dismissed, with prejudice;

IT IS ALSO ORDERED, ADJUDGED AND DECREED that any and all Crossclaims by Defendants for contribution and/or indemnity are hereby dismissed with prejudice, and any current or future claims (rights) for contribution and/or indemnity are extinguished; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each of the parties shall bear their own attorney's fees and costs incurred herein.

DATED this __23rd__ day of ___February___, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Paul F. Eisinger, Esq.
Nevada Bar No. 1617
1100 East Bridger Avenue
Las Vegas, Nevada  89101
Attorneys for Defendant,
MARKUS ROSGEN